

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN



GERALD C. MANN
ATTORNEY GENERAL

Honorable D. W. Stakes, General Manager
Texas Prison System
Huntsville, Texas

Dear Mr. Stakes:  Opinion No. O-5141

        Re:  Whether or not the Texas
        Prison Board has authority
        to furnish its employees
        with Prison-produced food
        products.

      You ask whether or not the Texas Prison Board had
the authority to furnish its employees with Prison-produced
food products.

      We beg to advise that it is the opinion of this
department that the Texas Prison Board does not have author-
ity to furnish its employees with Prison-produced food prod-
ucts.

      Article 352 of the Penal Code declares:

      "Any officer, agent or employee in any
capacity connected with the Prison System,
* * * who shall be financially interested
in any other transaction connected with the
Prison System, shall be confined in the
penitentiary not less than two nor more than
five years."

      Article 370 of the Penal Code declares:

      "No officer or employee of the state
penitentiary shall be permitted to purchase
any goods or merchandise or other property
from the State or Penitentiary System, ex-
cept such surplus foods, vegetables, ice,
water, steam and lights as may be produced
or manufactured on the premises of the peni-
tentiary, or to appropriate to his private

use or employment the labor, services, or use of any State penitentiary convict, or of any animal, vehicle, or other personal property belonging to the State, unless it be by the express consent of the Penitentiary Board had by an order to that effect entered of record on the minutes of said Board, providing for the amount to be paid by such officer or employee, for the use, employment and services of such convict or convicts for the use of any personal property belonging to the State; * * *. Any such officer or employee who shall violate any provision of this Article shall be punished by dismissal from his office or employment and by a fine of not less than twenty-five dollars nor more than two hundred dollars, and if the conviction be for accepting or receiving any salary or compensation from a hirer or employer of the State convicts, the party so convicted shall, in addition to the penalty above described, be confined in jail not less than one month nor more than one year. * * *".

An interpretation of these statutes impels us to the conlusion above announced.

Of course, this opinion would not apply to a case of specific legislative appropriation of such products as part of the compensation to such an employee, nor does it apply to sales of the products of the penitentiary to employees, as specially provided in Article 870 of the Penal Code above quoted.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

ASSISTANT
ATTORNEY GENERAL

OS-MR


APPROVED
OPINION
COMMITTEE
BY BWB